IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 21-cv-02649-RM-NRN

CELESTE T. ARCHER,

Plaintiff,

v.

KIMBERLYN COOK, in her individual capacity,
LACEY KLINDT, in her individual capacity, and
ELEANORE LEWIS, in her individual capacity,

Defendants.

MINUTE ORDER

Entered by Magistrate Judge N. Reid Neureiter

     Pursuant to my discussion with the parties, is hereby ORDERED that a Motion Hearing is SET on March 18, 2022 at 10:00 a.m. in Courtroom C-203, Second Floor, Byron G. Rogers U.S. Courthouse, 1929 Stout Street, Denver, Colorado 80294. The parties shall be prepared to argue their respective positions concerning Defendants' Motion to Stay (Dkt. #30).

     It is further ORDERED that Plaintiff shall respond to Defendants' Motion to Stay before 12:00 p.m. on March 17, 2022.

     It is further ORDERED that the parties shall confer regarding the adequacy of Defendants already-provided responses to interrogatories. If the parties cannot resolve the discovery dispute through conferral, the parties are directed to prepare and email to Chambers, Neureiter_Chambers@cod.uscourts.gov, a short (no longer than ten pages) joint statement setting forth each side's respective position before 12:00 p.m. on March 17, 2022. If necessary, the Court will hear argument on the discovery dispute during the Motion Hearing on March 18, 2022.

Date: March 11, 2022